# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** CARLOS OMAR RIVERA GONZALEZ
**Case Number:** 12-07512-ESL13                     **Chapter:** 13
**Date / Time / Room:** 2/4/2014 9:00 AM osjcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** BRENDA E. AGUAYO
**Reporter / ECR:** INECITA COLLAZO

### Matter:

Motion for Relief From Stay Under 362 [e] by Doral Bank. Collateral: Urb. Paseo Torre Alta, Barranquitas PR. Post Petition Arrears: 5 months, Total Owed $2,649.60 (#41)

Debtor's reply (#47)

### Appearances:

JOSE RAMON CARRION MORALES     *Alexandra Rodriguez*
ROBERTO FIGUEROA CARRASQUILLO   ✓
ROSAMAR GARCIA FONTAN ✓

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to: ____ oppose; ____ appear at the hearing scheduled for this date; ____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
  ____ curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

✓ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within 60 days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.
✓ Other: *Motion for approval to modify loan through loss mitigation (dkt #49) is hereby granted.*

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge