B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of Puerto Rico

In re  CARLOS OMAR RIVERA GONZALEZ   ,           Case No.  12-07512-ESL13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Rushmore Loan Management Services as servcing agent of Roosevelt Cayman Asset Company | DORAL BANK |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
PO Box 52262
Irvine, CA 92619-2262

Court Claim # (if known):  9-1
Amount of Claim:  67272.21
Date Claim Filed:  05/29/2013

Phone:  877-509-8388
Last Four Digits of Acct #:  1136

Phone:  787-474-6632
Last Four Digits of Acct. #:  8215

Name and Address where transferee payments should be sent (if different from above):
PO Box 11907
San Juan, PR 00922

Phone:  877-509-8388
Last Four Digits of Acct #:  1136

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Janice Munich Burgos          Date:  11/1/2014
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.